ANITA WEINACKER v. PLAYBOY CLUB, INC.

May 5, 1980.

Petition for certification denied.   (See 172 *N.J.Super.* 213)

STATE OF NEW JERSEY v. PRESTON L. FOUNTAIN.

May 5, 1980.

Petition for certification denied.

STATE OF NEW JERSEY v. CHESTER CALVERT.

May 5, 1980.

Petition for certification denied.